UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALVIN PETERSON,

                Plaintiff,

  vs                                      9:04-CV-797

SHERYL MILLER, Nurse Practitioner; and
NURSE ADMIN. TOUSIGNANT, Nurse
Administrator,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

ALVIN PETERSON
349-06-00446
AMKC, C-95
18-18 Hazen Street
East Elmhurst, NY 11370

HON. ELIOT SPITZER                  STEPHEN M. KERWIN, ESQ
Attorney General of the                MICHAEL G. McCARTIN, ESQ.
  State of New York                     Assts. Attorney General
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated April 27, 2007, the Honorable David E. Peebles, United States Magistrate Judge, recommended that the defendants' motion for summary judgment be granted and that plaintiff's complaint be dismissed in all respects. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The defendants' motion for summary judgment is GRANTED; and

2. Plaintiff's complaint is DISMISSED in all respects.

IT IS SO ORDERED.

United States District Judge

Dated: July 12, 2007
Utica, New York.